IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALLEN ABNEY,

    Petitioner,

v.                                            5:14cv147-WS

N.C. ENGLISH, WARDEN,

    Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 20, 2014.  See Doc. 14.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.  The petitioner has filed objections (doc. 16) to the report and recommendation.

The court having reviewed the report and recommendation in light of the petitioner's objections, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

4.  The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this   10th   day of    December   , 2014.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE